# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                         **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                      **GREENBELT, MARYLAND 20770**
                                                                                                                              **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *United States of America v. Tyrell Lamont Thompson*
                  Case No. RWT 16-cr-00360

DATE:     October 3, 2016

*  *  *  *  *  *  *  *  *

After conferring with the parties, the telephone status conference scheduled for November 16, 2016 is **RESCHEDULED for November 22, 2016, at 2:00 p.m.**, Government to initiate.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                          /s/
                                        Roger W. Titus
                                        United States District Judge